B27 (Official Form 27) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern ..... District of _Texas_____

In re _Muhammad Aamir_____      Case No. _12-60484_____
             Debtor               Chapter _7___

## REAFFIRMATION AGREEMENT COVER SHEET

This form must be completed in its entirety and filed, with the reaffirmation agreement attached, within the time set under Rule 4008. It may be filed by any party to the reaffirmation agreement.

1.  Creditor's Name: _CAPITAL ONE, N.A. - BEST BUY CO., INC._

2.  Amount of the debt subject to this reaffirmation agreement:
    $ _1,158.67_ on the date of bankruptcy   $_1,158.67_ to be paid under reaffirmation agreement

3.  Annual percentage rate of interest: ____% prior to bankruptcy
    _0_ % under reaffirmation agreement ( ✓ Fixed Rate ,____ Adjustable Rate)

4.  Repayment terms (if fixed rate): $ _50.00_ per month for _24_ months

5.  Collateral, if any, securing the debt: Current market value: $ _1158.67_
    Description: _MACBOOK, HARD DRIVES, XBOX 40"TV, IPOD_ ..........

6.  Does the creditor assert that the debt is nondischargeable? ___Yes _✓_No
    (If yes, attach a declaration setting forth the nature of the debt and basis for the contention that the debt is nondischargeable.)

Debtor's Schedule I and J Entries      Debtor's Income and Expenses
                                       as Stated on Reaffirmation Agreement

7A.  Total monthly income from $_∅_      7B.  Monthly income from all      $_O_
     Schedule I, line 16                      sources after payroll deductions

8A.  Total monthly expenses   $3510      8B.  Monthly expenses             $3510
     from Schedule J, line 18

9A.  Total monthly payments on $_∅_      9B.  Total monthly payments on   $_50_
     reaffirmed debts not listed on           reaffirmed debts not included in
     Schedule J                               monthly expenses

                                         10B.  Net monthly income.        $(3560)
                                               (Subtract sum of lines 8B and 9B from
                                               line 7B. If total is less than zero, put the
                                               number in brackets.)

Printed with FinePrint trial version - purchase at www.fineprint.com

B27 (Official Form 27) (12/09)

11.  Explain with specificity any difference between the income amounts (7A and 7B):

_____

_____

12.  Explain with specificity any difference between the expense amounts (8A and 8B):

_____

_____

If line 11 or12 is completed, the undersigned debtor, and joint debtor if applicable, certifies that any explanation contained on those lines is true and correct.

_____  _____
Signature of Debtor (only required if     Signature of Joint Debtor (if applicable, and only
line 11 or 12 is completed)              required if line 11 or 12 is completed)

## Other Information

☐  Check this box if the total on line 10B is less than zero. If that number is less than zero, a presumption of undue hardship arises (unless the creditor is a credit union) and you must explain with specificity the sources of funds available to the Debtor to make the monthly payments on the reaffirmed debt: Debtor is currently looking for employment. Payment will be made.

Was debtor represented by counsel during the course of negotiating this reaffirmation agreement?
✓ Yes       _____ No

If debtor was represented by counsel during the course of negotiating this reaffirmation agreement, has counsel executed a certification (affidavit or declaration) in support of the reaffirmation agreement?
✓ Yes       _____ No

### FILER'S CERTIFICATION

I hereby certify that the attached agreement is a true and correct copy of the reaffirmation agreement between the parties identified on this Reaffirmation Agreement Cover Sheet.

_____
Signature

Jaime Watkins
_____
Print/Type Name & Signer's Relation to Case

Printed with FinePrint trial version - purchase at www.fineprint.com

B240A (Form B240A) (04/10)

---

Check one.
☒ Presumption of Undue Hardship
☐ No Presumption of Undue Hardship
*See Debtor's Statement in Support of Reaffirmation,
Part II below, to determine which box to check.*

---

## UNITED STATES BANKRUPTCY COURT
Eastern _____ District of Texas ___ ..

In re ____ Muhammad Aamir _____,          Case No. 12-60484
                    *Debtor*

                                                Chapter 7

## REAFFIRMATION DOCUMENTS

### Name of Creditor: CAPITAL ONE, N.A. - BEST BUY CO., INC.

☐ Check this box if Creditor is a Credit Union

## PART I. REAFFIRMATION AGREEMENT

Reaffirming a debt is a serious financial decision. Before entering into this Reaffirmation
Agreement, you must review the important disclosures, instructions, and definitions found in Part V of
this form.

A. Brief description of the original agreement being reaffirmed: _____ Secured revolving account

*For example, auto loan*

B. *AMOUNT REAFFIRMED:*     $____ 1158.67 _____ .. _

The Amount Reaffirmed is the entire amount that you are agreeing to pay. This may include
unpaid principal, interest, and fees and costs (if any) arising on or before _____,
which is the date of the Disclosure Statement portion of this form (Part V).

*See the definition of "Amount Reaffirmed" in Part V, Section C below.*

C. The *ANNUAL PERCENTAGE RATE* applicable to the Amount Reaffirmed is ___ 0 ___%.

*See definition of "Annual Percentage Rate" in Part V, Section C below.*

This is a *(check one)*  ☒ Fixed rate          ☐ Variable rate

If the loan has a variable rate, the future interest rate may increase or decrease from the Annual Percentage Rate
disclosed here.

Printed with FinePrint trial version - purchase at www.fineprint.com

B240A, Reaffirmation Documents  Page 2

D. Reaffirmation Agreement Repayment Terms *(check and complete one)*:

☑  $ __50.00__ per month for __24__ months starting on __11/20/12__

☐  Describe repayment terms, including whether future payment amount(s) may be different from the initial payment amount.

_____

_____

E. Describe the collateral, if any, securing the debt:

Description:              MACBOOK,HARD DRIVES,XBOX,40"TV,IPOD
Current Market Value   $ _____ 1158.67

F. Did the debt that is being reaffirmed arise from the purchase of the collateral described above?
                                                                                    1158.67
☑ Yes.  What was the purchase price for the collateral?         $ _____

☐ No.  What was the amount of the original loan?                 $ _____

G. Specify the changes made by this Reaffirmation Agreement to the most recent credit terms on the reaffirmed debt and any related agreement:

|  | Terms as of the Date of Bankruptcy | Terms After Reaffirmation |
|---|---|---|
| Balance due *(including fees and costs)* | $ 1,158.67 | $ 1158.67 |
| Annual Percentage Rate | _____ % | 0 % |
| Monthly Payment | $ _____ | $ 50.00 |

H. ☐  Check this box if the creditor is agreeing to provide you with additional future credit in connection with this Reaffirmation Agreement. Describe the credit limit, the Annual Percentage Rate that applies to future credit and any other terms on future purchases and advances using such credit:

_____

_____

## PART II.   DEBTOR'S STATEMENT IN SUPPORT OF REAFFIRMATION AGREEMENT

A. Were you represented by an attorney during the course of negotiating this agreement?

Check one.    ☑ Yes      ☐ No

B. Is the creditor a credit union?

Check one.    ☐ Yes      ☑ No

Printed with FinePrint trial version - purchase at www.fineprint.com

B240A, Reaffirmation Documents                                                    Page 3

C. If your answer to EITHER question A. or B. above is "No," complete 1. and 2. below.

1. Your present monthly income and expenses are:

   a. Monthly income from all sources after payroll deductions
   (take-home pay plus any other income)                          $ _0_

   b. Monthly expenses (including all reaffirmed debts except
   this one)                                                      $ 3510

   c. Amount available to pay this reaffirmed debt (subtract b. from a.)   $ (3510)

   d. Amount of monthly payment required for this reaffirmed debt          $ 50.00

   *If the monthly payment on this reaffirmed debt (line d.) is greater than the amount you have available to
   pay this reaffirmed debt (line c.), you must check the box at the top of page one that says "Presumption
   of Undue Hardship." Otherwise, you must check the box at the top of page one that says "No
   Presumption of Undue Hardship."*

2. You believe that this reaffirmation agreement will not impose an undue hardship on you or your
   dependents because:

   Check one of the two statements below, if applicable:

   ☐   You can afford to make the payments on the reaffirmed debt because your monthly income is
       greater than your monthly expenses even after you include in your expenses the monthly
       payments on all debts you are reaffirming, including this one.

   ☑   You can afford to make the payments on the reaffirmed debt even though your monthly income
       is less than your monthly expenses after you include in your expenses the monthly payments on
       all debts you are reaffirming, including this one, because:
       Debtor is currently looking for employment. Payment to
       be made.

   Use an additional page if needed for a full explanation.

D. If your answers to BOTH questions A. and B. above were "Yes," check the following
statement, if applicable:

   ☐   You believe this Reaffirmation Agreement is in your financial interest and you can afford to
       make the payments on the reaffirmed debt.

*Also, check the box at the top of page one that says "No Presumption of Undue Hardship."*

B240A, Reaffirmation Documents                                                                              Page 4

## PART III. CERTIFICATION BY DEBTOR(S) AND SIGNATURES OF PARTIES

I hereby certify that:

    (1)    I agree to reaffirm the debt described above.

    (2)    Before signing this Reaffirmation Agreement, I read the terms disclosed in this Reaffirmation Agreement (Part I) and the Disclosure Statement, Instructions and Definitions included in Part V below;

    (3)    The Debtor's Statement in Support of Reaffirmation Agreement (Part II above) is true and complete;

    (4)    I am entering into this agreement voluntarily and am fully informed of my rights and responsibilities; and

    (5)    I have received a copy of this completed and signed Reaffirmation Documents form.

SIGNATURE(S) (If this is a joint Reaffirmation Agreement, both debtors must sign.):

Date 7-30-12    Signature _____
                                                      *Debtor*

Date 7-30-12    Signature _____
                                              *Joint Debtor, if any*

**Reaffirmation Agreement Terms Accepted by Creditor:**

Creditor    CAPITAL ONE, N.A. - BEST BUY CO., INC.    C/O Bass & Associates, P.C., 3936 E. Ft. Lowell Ste 200, Tucson, AZ, 85712
                *Print Name*                                       *Address*

Jaime Watkins                          7/3/12
*Print Name of Representative*                     *Signature*            *Date*

## PART IV. CERTIFICATION BY DEBTOR'S ATTORNEY (IF ANY)

*To be filed only if the attorney represented the debtor during the course of negotiating this agreement.*

I hereby certify that: (1) this agreement represents a fully informed and voluntary agreement by the debtor; (2) this agreement does not impose an undue hardship on the debtor or any dependent of the debtor; and (3) I have fully advised the debtor of the legal effect and consequences of this agreement and any default under this agreement.

☑ A presumption of undue hardship has been established with respect to this agreement. In my opinion, however, the debtor is able to make the required payment.

*Check box, if the presumption of undue hardship box is checked on page 1 and the creditor is not a Credit Union.*

Date 7-30-12    Signature of Debtor's Attorney _____

                Print Name of Debtor's Attorney  William H. Lively, Jr.

Printed with FinePrint trial version - purchase at www.fineprint.com

B240A, Reaffirmation Documents                                                                    Page 5

## PART V. DISCLOSURE STATEMENT AND INSTRUCTIONS TO DEBTOR(S)

**Before agreeing to reaffirm a debt, review the terms disclosed in the Reaffirmation Agreement (Part I above) and these additional important disclosures and instructions.**

Reaffirming a debt is a serious financial decision. The law requires you to take certain steps to make sure the decision is in your best interest. If these steps, which are detailed in the Instructions provided in Part V, Section B below, are not completed, the Reaffirmation Agreement is not effective, even though you have signed it.

### A.    DISCLOSURE STATEMENT

1.  **What are your obligations if you reaffirm a debt?** A reaffirmed debt remains your personal legal obligation to pay. Your reaffirmed debt is not discharged in your bankruptcy case. That means that if you default on your reaffirmed debt after your bankruptcy case is over, your creditor may be able to take your property or your wages. Your obligations will be determined by the Reaffirmation Agreement, _____ which may have changed the terms of the original agreement. If you are reaffirming an open end credit agreement, that agreement or applicable law may permit the creditor to change the terms of that agreement in the future under certain conditions.

2.  **Are you required to enter into a reaffirmation agreement by any law?** No, you are not required to reaffirm a debt by any law. Only agree to reaffirm a debt if it is in your best interest. Be sure you can afford the payments that you agree to make.

3.  **What if your creditor has a security interest or lien?** Your bankruptcy discharge does not eliminate any lien on your property. A "lien" is often referred to as a security interest, deed of trust, mortgage, or security deed. The property subject to a lien is often referred to as collateral. Even if you do not reaffirm and your personal liability on the debt is discharged, your creditor may still have a right under the lien to take the collateral if you do not pay or default on the debt. If the collateral is personal property that is exempt or that the trustee has abandoned, you may be able to redeem the item rather than reaffirm the debt. To redeem, you make a single payment to the creditor equal to the current value of the collateral, as the parties agree or the court determines.

4.  **How soon do you need to enter into and file a reaffirmation agreement?** If you decide to enter into a reaffirmation agreement, you must do so before you receive your discharge. After you have entered into a reaffirmation agreement and all parts of this form that require a signature have been signed, either you or the creditor should file it as soon as possible. The signed agreement must be filed with the court no later than 60 days after the first date set for the meeting of creditors, so that the court will have time to schedule a hearing to approve the agreement if approval is required. However, the court may extend the time for filing, even after the 60-day period has ended.

5.  **Can you cancel the agreement?** You may rescind (cancel) your Reaffirmation Agreement at any time before the bankruptcy court enters your discharge, or during the 60-day period that begins on the date your Reaffirmation Agreement is filed with the court, whichever occurs later. To rescind (cancel) your Reaffirmation Agreement, you must notify the creditor that your Reaffirmation Agreement is rescinded (or canceled). Remember that you can rescind the agreement, even if the court approves it, as long as you rescind within the time allowed.

Printed with FinePrint trial version - purchase at www.fineprint.com

Case 12-60484   Doc 11   Filed 07/31/12   Entered 07/31/12 19:05:38   Desc Main
Document   Page 8 of 29

07/30/2012  10:41 WILLIAM LIVELY                                    (FAX)803 595 3715           P.010/013
'12-06-28 09:43 FROM-Bass & Associates     5205771546         T-169  P0009/0012 F-166

6. **When will this Reaffirmation Agreement be effective?**

a. **If you *were* represented by an attorney during the negotiation of your Reaffirmation Agreement and**

i. **if the creditor is not a Credit Union,** your Reaffirmation Agreement becomes effective when it is filed with the court unless the reaffirmation is presumed to be an undue hardship. If the Reaffirmation Agreement is presumed to be an undue hardship, the court must review it and may set a hearing to determine whether you have rebutted the presumption of undue hardship.

ii. **if the creditor is a Credit Union,** your Reaffirmation Agreement becomes effective when it is filed with the court.

b. **If you *were not* represented by an attorney during the negotiation of your Reaffirmation Agreement,** the Reaffirmation Agreement will not be effective unless the court approves it. To have the court approve your agreement, you must file a motion. See Instruction 5, below. The court will notify you and the creditor of the hearing on your Reaffirmation Agreement. You must attend this hearing, at which time the judge will review your Reaffirmation Agreement. If the judge decides that the Reaffirmation Agreement is in your best interest, the agreement will be approved and will become effective. However, if your Reaffirmation Agreement is for a consumer debt secured by a mortgage, deed of trust, security deed, or other lien on your real property, like your home, you do not need to file a motion or get court approval of your Reaffirmation Agreement.

7. **What if you have questions about what a creditor can do?** If you have questions about reaffirming a debt or what the law requires, consult with the attorney who helped you negotiate this agreement. If you do not have an attorney helping you, you may ask the judge to explain the effect of this agreement to you at the hearing to approve the Reaffirmation Agreement. When this disclosure refers to what a creditor "may" do, it is not giving any creditor permission to do anything. The word "may" is used to tell you what might occur if the law permits the creditor to take the action.

**B.   INSTRUCTIONS**

1. Review these Disclosures and carefully consider your decision to reaffirm. If you want to reaffirm, review and complete the information contained in the Reaffirmation Agreement (Part I above). If your case is a joint case, both spouses must sign the agreement if both are reaffirming the debt.

2. Complete the Debtor's Statement in Support of Reaffirmation Agreement (Part II above). Be sure that you can afford to make the payments that you are agreeing to make and that you have received a copy of the Disclosure Statement and a completed and signed Reaffirmation Agreement.

3. If you were represented by an attorney during the negotiation of your Reaffirmation Agreement, your attorney must sign and date the Certification By Debtor's Attorney (Part IV above).

4. You or your creditor must file with the court the original of this Reaffirmation Documents packet and a completed Reaffirmation Agreement Cover Sheet (Official Bankruptcy Form 27).

5. *If you are not represented by an attorney, you must also complete and file with the court a separate document entitled "Motion for Court Approval of Reaffirmation Agreement" unless your Reaffirmation Agreement is for a consumer debt secured by a lien on your real property, such as your home.* You can use Form B240B to do this.

B240A, Reaffirmation Documents                                                    Page 7

## C.   DEFINITIONS

1.   **"Amount Reaffirmed"** means the total amount of debt that you are agreeing to pay (reaffirm) by entering into this agreement. The total amount of debt includes any unpaid fees and costs that you are agreeing to pay that arose on or before the date of disclosure, which is the date specified in the Reaffirmation Agreement (Part I, Section B above). Your credit agreement may obligate you to pay additional amounts that arise after the date of this disclosure. You should consult your credit agreement to determine whether you are obligated to pay additional amounts that may arise after the date of this disclosure.

2.   **"Annual Percentage Rate"** means the interest rate on a loan expressed under the rules required by federal law. The annual percentage rate (as opposed to the "stated interest rate") tells you the full cost of your credit including many of the creditor's fees and charges. You will find the annual percentage rate for your original agreement on the disclosure statement that was given to you when the loan papers were signed or on the monthly statements sent to you for an open end credit account such as a credit card.

3.   **"Credit Union"** means a financial institution as defined in 12 U.S.C. § 461(b)(1)(A)(iv). It is owned and controlled by and provides financial services to its members and typically uses words like "Credit Union" or initials like "C.U." or "F.C.U." in its name.

Printed with FinePrint trial version - purchase at www.fineprint.com

B240B (Form B240B) (12/09)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Texas

In re: Muhammad Aamir                         Case No. 12-60484
        Debtor

Chapter 7

## MOTION FOR APPROVAL OF REAFFIRMATION AGREEMENT

I (we), the debtor(s), affirm the following to be true and correct:

I am not represented by an attorney in connection with this reaffirmation agreement.

I believe this reaffirmation agreement is in my best interest based on the income and expenses I have disclosed in my Statement in Support of Reaffirmation Agreement, and because *(provide any additional relevant reasons the court should consider)*:

Therefore, I ask the court for an order approving this reaffirmation agreement under the following provisions *(check all applicable boxes)*:

☐ 11 U.S.C. § 524(c)(6) (debtor is not represented by an attorney during the course of the negotiation of the reaffirmation agreement)

☐ 11 U.S.C. § 524(m) (presumption of undue hardship has arisen because monthly expenses exceed monthly income, as explained in Part II of Form B240A, Reaffirmation Documents)

Signed: _____
        *(Debtor)*

_____
*(Joint Debtor, if any)*

Date: _____

Printed with FinePrint trial version - purchase at www.fineprint.com

07/30/2012 10:41 WILLIAM LIVELY Case 12-60484 Doc 11 Filed 07/31/12 Entered 07/31/12 19:05:38 Desc Main (FAX)903 595 3715 P.013/013
Document Page 11 of 29

'12-06-28 09:43 FROM-Bass & Associates

B240C (Form B240C) (12/09)

## United States Bankruptcy Court

Eastern District of ___Texas___

In re ___Muhammad Aamir___,      Case No. __12-60484__
          Debtor              Chapter __7__

## ORDER ON REAFFIRMATION AGREEMENT

     The debtor(s) ___ _____ has (have) filed a motion for approval of the reaffirmation agreement dated _____ _____ made between the debtor(s) and creditor ___ _____ ____. The court held the hearing required by 11 U.S.C. § 524(d) on notice to the debtor(s) and the creditor on _____ (date).

COURT ORDER:     ☐ The court grants the debtor's motion under 11 U.S.C. § 524(c)(6)(A) and approves the reaffirmation agreement described above as not imposing an undue hardship on the debtor(s) or a dependent of the debtor(s) and as being in the best interest of the debtor(s).

                ☐ The court grants the debtor's motion under 11 U.S.C. § 524(k)(8) and approves the reaffirmation agreement described above.

                ☐ The court does not disapprove the reaffirmation agreement under 11 U.S.C. § 524(m).

                ☐ The court disapproves the reaffirmation agreement under 11 U.S.C. § 524(m).

                ☐ The court does not approve the reaffirmation agreement.

BY THE COURT

Date: ___ _____ __ ___

*United States Bankruptcy Judge*

Printed with FinePrint trial version - purchase at www.fineprint.com

BEST BUY
00002469
TYLER      , TX 75703
Store Phone Number 903 509 0690

SALE

Order:              Date: 09/01/11          Term ID: 056 Cashier#: 00194607
                    07:43 PM

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| 9755322 | | 1 | 1138.99 |
| | MC700LL/A/COREI 5/4GB/320 | | |
| 5426639 | REWARD ZONE CARD | 1 | 0.00 |
| | | Subtotal | 1138.99 |
| | | Tax | 93.96 |
| | | Total | 1232.95 |

Acct#.              3706
Payment Type: BBY CARD/HSBC
Amount: 750
Card Type: PL2
Tran#: 02465394
Auth#: 068795
Auth-CD: ELEC
Manual Tran Ind:
Signature:

Acct#: XXXXXXXXXXX.ﬂ3ö.
Payment Type: Debit Card
Amount: 482.95

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

BEST BUY
00002469
TYLER      , TX 75703
Store Phone Number 903 509 0690

SALE

Order:                    Date: 07/13/11        Term ID: 001  Cashier#: 00249374
                          12:55 PM

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| 9234465 | 2TB INTERNAL 3.5" CAVIAR GRE | 1 | 139.99 |
| 5426639 | REWARD ZONE CARD | 1 | 0.00 |

|  |  | Subtotal | 139.99 |
|---|---|---|---|
|  |  | Tax | 11.55 |
|  |  | Total | 151.54 |

Acct#            3706
Payment Type: BBY CARD/HSBC
Amount: 151.54
Card Type: PL2
Tran#: 02463539
Auth#: 006711
Auth-CD: ELEC
Manual Tran Ind:
Signature:

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

BEST BUY
00002469
TYLER      , TX 75703
Store Phone Number 903 509 0690

SALE

Order:          Date: 04/25/11          Term ID: 004 Cashier#: 00115474
05:07 PM

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| 1036858 | XBOX 360 KINECT | 1 | 149.99 |
| 1338089 | X360-MOTIONSPORTS | 1 | 49.99 |
| 5426639 | REWARD ZONE CARD | 1 | 0.00 |
| | GIFT CERT. | 0 | 25.00 |

| | Subtotal | 224.98 |
|---|---|---|
| | Tax | 16.50 |
| | Total | 241.48 |

Acct#:          3706
Payment Type: BBY CARD/HSBC
Amount: 166.48
Card Type: PL2
Tran#: 02469162
Auth#: 010788
Auth-CD: ELEC
Manual Tran Ind:
Signature:

Acct#: XXXXXXXXXXX
Payment Type: Gift Certificate
Amount: 50

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

```
                         BEST BUY
                         00002469
                 TYLER        , TX 75703
            Store Phone Number 903 509 0690

                         Exchange

Order:          Date: 01/19/11        Term ID: 041 Cashier#: 00874668
                12:47 PM
```

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| 9595066 | INSIGNIA 42" LCD 120HZ FHD | -1 | -579.99 |
| 9761174 | SONY BRAVIA KDL40EX400 LCD T | 1 | 584.99 |
| 5426693 | REWARD ZONE CARD | 1 | 0.00 |
| | | Subtotal | 5.00 |
| | | Tax | 0.40 |
| | | Total | 5.40 |

```
Acct#:               '3706
Payment Type: BBY CARD/HSBC
Amount: 5.4
Card Type: PL2
Tran#: 02462529
Auth#: 017618
Auth-CD: ELEC
Manual Tran Ind:
Signature:
Equipment Down
```

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

BEST BUY
00002469
TYLER        , TX 75703
Store Phone Number 903 509 0690

SALE

| Order: | Date: 10/11/10 05:07 PM | | Term ID: 004 | Cashier#: 164763 |
|---|---|---|---|---|

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| 9225377 | 8GB TOUCH 4TH GEN | 1 | 229.99 |
| 5426639 | REWARD ZONE CARD | 1 | 0.00 |

| | Subtotal | 229.99 |
|---|---|---|
| | Tax | 18.97 |
| | Total | 248.96 |

Acct#:              3706
Payment Type: BΒΥ CARD/HSBC
Amount: 70
Card Type: PL2
Tran#: 24603740
Auth#: 021282
Auth-CD: ELEC
Manual Tran Ind:
Signature:

Acct#: XXXXXXXXXXX
Payment Type: Debit Card
Amount: 178.96

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

BEST BUY
00002469
TYLER      , TX 75703
Store Phone Number 903 509 0690

SALE

| Order: | Date: 09/11/10 09:39 PM | Term ID: 003 | Cashier#: 249374 |
|---|---|---|---|

| Product Code | Description | Quantity | Amount |
|---|---|---|---|
| 8699107 | SANDISK 2GB MICROSD CARD | 1 | 12.99 |
| 9771932 | SAMSUNG TL240 BLK 14/7/3.5"T | 1 | 159.99 |
| 5426639 | REWARD ZONE CARD | 1 | 0.00 |
| | | Subtotal | 172.98 |
| | | Tax | 14.26 |
| | | Total | 187.24 |

Acct#            J706
Payment Type: BBY CARD/HSBC
Amount: 125
Card Type: PL2
Tran#: 24602622
Auth#: 077628
Auth-CD: ELEC
Manual Tran Ind:
Signature:

Acct#: XXXXXXXXXXX)
Payment Type: Credit Card
Amount: 62.24
Card Type: VISA
Tran#: 24602622
Auth#: 07928B
Auth-CD: ELEC
Manual Tran Ind:
Signature:

KEEP YOUR RECEIPT!
I HAVE READ AND AGREE TO ALL
RETURN AND REFUND POLICIES
PRINTED ON THE BACK OF THIS
RECEIPT AND POSTED IN THE
STORE. I HAVE RECEIVED GOODS
AND/OR SERVICES IN THE AMOUNT
SHOWN ABOVE.
BESTBUY.COM RETURN AND EXCHANGE
INFORMATION AND PRICE MATCH POLICY
MAY VARY SLIGHTLY FROM IN-STORE POLICY.
PLEASE LOG ONTO WWW.BESTBUY.COM
FOR COMPLETE DETAILS
>>>>>>> ELECTRONIC COPY <<<<<<<

## Summary of Terms

| | |
|---|---|
| Annual Percentage Rate (APR) for Purchases | Based upon your credit review a variable Customary APR of 14.24% for the Platinum MasterCard (Minimum 14.24%), or 19.24% for the Gold MasterCard (Minimum 19.24%), will apply. |
| Other APRs | Variable Cash APR for cash advances: 26.24% (Minimum Cash APR: 26.24%)<br>Variable Default APR: 29.99% (Minimum Default APR: 29.99%) |
| Variable Rate Information | Your APRs may vary. The rates are determined by adding the Index (described below) and:<br>• 5.99% for the Platinum MasterCard (10.99% for the Gold MasterCard ("Spread") for the Customary APR for credit card purchases and balance transfers.<br>• 17.99% ("Spread") for the Cash APR for cash advances, including cash advances made by credit card check.<br>• 17.99% ("Spread") for the Default APR. |
| Grace Period for Repayment of Balances for Purchases | 25 days after the close of the previous billing cycle on new credit card purchases, provided you paid your previous balance in full. |
| Method of Computing the Balance for Purchases | Average Daily Balance (including new purchases) (Method). |
| Annual Fee | $0. |
| Minimum Finance Charge | $2.00 for each billing cycle in which a periodic Finance Charge is payable. |
| Foreign Transaction Charge | 1% of the U.S. dollar amount will apply to transactions made in a foreign currency. |

All information is accurate as of 10/31/06 and subject to change.

## YOUR BILLING RIGHTS

### What To Do If There's An Error In Your Bill

**YOUR BILLING RIGHTS — KEEP THIS NOTICE FOR FUTURE USE**

This notice contains important information about your rights and our responsibilities under the Fair Credit Billing Act.

**NOTIFY US IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us (on a separate sheet) at the address listed on your billing statement. Write to us as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name, account number and signature.
- The dollar amount of the suspected error, and
- Describe the error and explain, if you can, why you believe there is an error.

If you need more information, describe the item you are not sure about. If you have authorized us to pay your Account bill automatically from your savings or checking account, you can stop the payment on any amount you think is wrong. To stop the payment, your letter must reach us three business days before the automatic payment is scheduled to occur.

**YOUR RIGHTS AND OUR RESPONSIBILITIES AFTER WE RECEIVE YOUR WRITTEN NOTICE**

We must acknowledge your letter within 30 days, unless we have corrected the error by then. Within 90 days, we must either correct the error or explain why we believe the bill was correct.

After we receive your letter, we cannot try to collect any amount you question, or report you as delinquent. We can continue to bill you for the amount you question, including finance charges, and we can apply any unpaid amount against your credit limit. You do not have to pay any questioned amount while we are investigating, but you are still obligated to pay the parts of your bill that are not in question.

If we find that we made a mistake on your bill, you will not have to pay any Finance Charges related to any questioned amount. If we didn't make a mistake, you may have to pay Finance Charges, and you will have to make up any missed payments on the questioned amount. In either case, we will send you a statement of the amount you owe and the date that it is due.

If you fail to pay the amount we think you owe, we may report you as delinquent. However, if our explanation does not satisfy you and you write to us within ten days telling us that you still refuse to pay, we must tell anyone we report you to that you have a question about your bill. And, we must tell you the name of anyone we reported you to. Upon settlement of the dispute, we must tell everyone we report you to that the matter has been settled.

If we don't follow these rules, we can't collect the first $50 of the questioned amount, even if your bill was correct.

**SPECIAL RULES FOR CREDIT CARD PURCHASES**

If you have a problem with the quality of property or services you purchased with a credit card, and you have tried in good faith to correct the problem with the merchant, you may have the right not to pay the remaining amount due on the property or services. There are two limitations on this right:

(a) You must have made the purchase in your home state or, if not within 100 miles of your current mailing address.

(b) The purchase price must have been more than $50.

These limitations do not apply if we own or operate the merchant, or if we mailed you the advertisement for the property or services. For HSBC purchases that are handled, or, only for HSBC Card Services 101 Inc. provide processing service for HSBC Bank Nevada, N.A.

You may write to us at the address shown on your billing statement or HSBC Card Nevada, N.A., 1111 Town Center Drive, Las Vegas, Nevada 89144.

---

**ACCOUNT SHIELD® Summary**

**IMPORTANT INFORMATION**

The Account Shield product is only available to the primary cardholder (herein referred to as "You" and "Your"). Your purchase of Account Shield is optional, and whether or not You buy it will not affect Your Application for credit or the terms of any existing agreement You have with HSBC Bank Nevada, N.A. (herein referred to as "We" or "Us"). Account Shield is sold to You only in connection with Your Account and is intended to reduce Your Contract Provisions which set forth the terms and conditions of Account Shield in optional addendum to Your Cardmember agreement. The descriptions below summarize some of the key features of Account Shield. Please read Your Contract Provisions carefully for details of Your protection, since such eligibility requirements, conditions and restrictions that could result in no benefits. You can find a complete explanation of the eligibility requirements, conditions and exclusions throughout Your Account Shield Contract Provisions.

Account Shield is available in Mississippi, Guam, the Virgin Islands, Puerto Rico and Canada.

**PROPERTY DAMAGE OR LOSS:** If there is damage or loss to merchandise purchased on Your credit card account, Account Shield will cancel from Your account an amount equal to the cost of repairing or replacing the merchandise up to the balance existing as of the date of the qualifying event, not to exceed $10,000.

**TOTAL DISABILITY:** Following Confirmation of loss of Total Disability, You are eligible for a cancellation of part of Your account's balance. Account Shield will cancel Your current paid till 10% of Your account's balance as of the date You become totally disabled, up to $5,000 each month until You become totally disabled, or You are no longer totally disabled, whichever occurs first. If You become totally disabled and working 30 hours or more per week at a single job on the date Total Disability begins, it lasts at least the minimum number of days specified in Your Contract. After one (1) event Account Shield or (2) credits a portion is limited in the Contract Provisions, You may not receive a cancellation of debt for that Total Disability.

**INVOLUNTARY UNEMPLOYMENT:** Following 30 consecutive days of Involuntary Unemployment, You are eligible for a cancellation of part of Your account's balance. Account Shield will cancel an amount equal to 10% of Your account's balance as of the date You become involuntarily unemployed, up to $5,000 each month this remains involuntarily unemployed. There is a maximum number of consecutive monthly cancellations. You must have been employed full time (not self-employed or working for a spouse or any other individual) long with the minimum number of days in the Contract at the time You become involuntarily unemployed. You must be working 30 hours or more per week at a single job on the date of beginning Unemployment. This excludes loss of employment due to contractual limit disputes, strikes, lockouts and temporary layoffs.

**LOSS OF LIFE:** If You die, Account Shield will cancel the balance on Your account on the date of death, up to $10,000. Suicide is not a covering event.

**TERMINATION:** You may terminate Your Account Shield features at any time. If You choose to terminate Your Account Shield features within 60 days of enrollment, We will reimburse Your Account Shield fee(s). We may terminate Your Account Shield feature, for any reason, by giving You written notice at least 30 days in advance of termination. We will automatically terminate Your Account Shield features on the first date We become aware of a misrepresentation of information by You. If Your account becomes 3 billing cycles past due, Your participation in Account Shield will be suspended and Account Shield fees will be deducted offset when Your account again becomes less than 3 billing cycles past due. You will not be protected for any qualifying event that begins or occurs during the time that Your participation in Account Shield is suspended.

**COST:** The monthly charge for Your Account Shield features is $0.99 per $100 of the average daily balance on Your account each month (including any deferred balance). We reserve the right to increase the rate in which case You will be notified in writing at least 30 days in advance.

**ADDITIONAL IMPORTANT INFORMATION:**

- We reserve the right to modify the Contract Provisions, but if the modification is not favorable to You or if there is an additional charge, We will first provide You with notice of the proposed change and an opportunity to terminate this program without penalty before the change takes effect.
- Account Shield is only offered to package with its components are not available separately.
- You may be subject to federal, state and local taxes on the amount of Your cancelled balance. Please consult Your tax advisor for instructions on how to treat this income for tax purposes.
- During the qualification period and the time it takes to process Your cancellation, Your account balance is not suspended or cancelled. You remain responsible for known charges and minimum payment requirements on Your account and the balance that You owe, until the time it takes to process until the claim is processed (except for cancellation for cancellations, limit admittances, or any other transactions.
- Your account will remain active if You continue to meet the minimum monthly payment due from, however, there is a limit on cancellation monthly cancellations for Involuntary Unemployment as described above. To be eligible for delinquent Account Shield cancellations, You must first be actively working continuously full-time for at least 180 days and meet all contractual qualification plan in each qualifying event.

# REWARD ZONE PROGRAM RULES FOR THE REWARD ZONE® PROGRAM MASTERCARD®

## Membership associated with the Reward Zone® program MasterCard®

The Reward Zone® program MasterCard® card is available to U.S. residents (excluding U.S. Territories) of at least 18 years of age. Businesses and other commercial entities are not eligible for Reward Zone program MasterCard accounts. By opening a Reward Zone program MasterCard account, ("MasterCard Account") you represent that you are at least 18 years of age or older and you agree to the rules set forth below. The Reward Zone program MasterCard card includes both Reward Zone program benefits and MasterCard card benefits. Your Reward Zone program membership will expire if no purchases are made using the Reward Zone program membership during a calendar year. Your Reward Zone program MasterCard card is nontransferable and is subject to present and future Reward Zone program rules.

Employees of Best Buy Stores L.P. ("Best Buy"), its affiliates and subsidiaries, and others who are eligible for employee-based discounts, or members of any corporate or industrial account of Best Buy ("Employees of Best Buy") are eligible for the Reward Zone program MasterCard card (subject to credit approval and certain geographical restrictions) but may not be eligible for special promotional offers using the Reward Zone program MasterCard of Best Buy, Employees of Best Buy who ordinarily are eligible for employee discounts will continue to be eligible for those discounts when the Reward Zone program MasterCard is used. Employees of Best Buy may not be eligible for certain limited time promotional offers outside Best Buy.

## Earn Points

As a member of the Reward Zone program, earn 1 point ("Point") for every $1 you spend on qualifying purchases (see "Non-Qualifying Items" below) when you show your Reward Zone program Membership Card ("Membership Card") or Reward Zone program MasterCard card at the time of purchase in store at Best Buy stores, or when you enter your Membership number online for BestBuy.com® purchases. Members also receive an additional 1 bonus Point for every 1 Point earned for qualifying purchases made using the Reward Zone program MasterCard card at Best Buy store locations and online at BestBuy.com. Members also earn 1 Point for each $2 dollars of Net Purchases outside Best Buy when using the Reward Zone program MasterCard card. In addition, certain limited time promotions may be offered for Net Purchases outside Best Buy store locations or BestBuy.com that may enable Members to earn additional points. Net Purchases means any purchase of goods or services, excluding: 1) refunds, returns, and/or unauthorized transactions; 2) cash advances; or 3) any transaction that is equivalent to a cash transaction, such as, but not limited to, the purchase of twin transfers, money orders, bets, lottery tickets or casino gaming chips.

Points will post to your Reward Zone program account approximately 30 days from purchase, date of delivery or date of shipment. Earn additional Points through special offers and promotions. Point calculations are based upon dollars spent at checkout on qualifying purchases (see "Non-

Qualifying Items" below). When products are returned to the store or by mail, Points will be deducted from your Reward Zone program account for that purchase/return. Points apply only to the first Membership Card or Reward Zone program MasterCard card counted in connection with any purchase. Membership Cards, Points, and Reward Zone program MasterCard cards and Points are nontransferable. Lost or stolen Membership Cards will not be replaced. Best Buy is not responsible for communications, including Certificates, lost due to change of address or other contact information. Other restrictions or exclusions may apply.

Except for purchases at Best Buy stores or BestBuy.com, purchases of stores or other businesses owned by Best Buy Co., Inc., or any of its subsidiaries will be treated as purchases outside of Best Buy.

## Get Rewards

For every 250 points you earn in the Reward Zone program, you will be eligible to receive Certificates redeemable for a $5 discount off your future purchase of any qualifying products or services at participating Best Buy retail store locations. Certificates are not redeemable toward online purchases. 250 points are automatically deducted from your account for every $5 in Certificate value issued to you. Check MyRewardZone.com for details on choices you have about how Certificates are issued to you. Certificates will be issued (by mail or electronically at MyRewardZone.com) approximately 6-8 weeks after reaching the issuance level you choose. Certificates are coupons for discounts off future purchases and may only be redeemed for a discount off purchase amounts equal to or greater than the amount of the sum of the Certificates presented for redemption at Best Buy retail stores, excluding tax. Certificates may be used in conjunction with most other discounts or offers toward the purchase of products not to exceed purchase amount. Unless noted otherwise on the Certificate, each Certificate will expire if not redeemed within 180 days from the date it is issued. Certificates have no cash value and no change will be given for Certificate redemption. Certificates may only be used once. You may be notified of additional Non-Qualifying products and services. Lost, stolen, or expired Certificates will not be replaced. Other restrictions or exclusions may apply. Best Buy is not responsible for communications, including Certificates, lost due to change of address or changes in other contact information.

## Non-Qualifying Items

Reward Zone program Points will not be earned for the following: instant rebates and the value of mail-in rebates on purchases, Best Buy Gift Card purchases, purchases paid by Reward Certificate, sales tax, state fees, shipping charges, delivery charges, restocking fees, other excluded charges, and certain items that are excluded in particular promotions. Other exclusions may apply.

Reward Zone program Certificates may not be redeemed for discounts off the following items: price purchases, purchase of Gift Cards, as payment on any Best Buy credit card or Reward Zone program MasterCard card, or for tax or state fees. Other exclusions may apply.

## Membership Cancellation, Modification, Expiration and Termination

You may cancel your Reward Zone program Membership (but not your Reward Zone program MasterCard card) at any time by notifying Member Services by mail, e-mail or telephone. Cancellation may take from 6 to 8 weeks to finalize.

Best Buy may, at any time, terminate or modify the Reward Zone program and program rules without any further obligations to members.

If you make no eligible purchase using your Reward Zone program Member number during a calendar year, your Reward Zone program Membership will automatically expire on the last day of that calendar year.

If your Reward Zone program MasterCard card or Reward Zone program Membership account is cancelled or expires, Certificates will be issued for accrued points that remain in the account. Regardless of the Certificate level that you may have chosen to have Certificates issued, Certificates will be issued for any $5 Certificate amount that has been earned. Any points that remain in your account that are insufficient to qualify you a $5 Certificate will be forfeited. Partial Certificates will not be issued.

If your Reward Zone program MasterCard account is closed or cancelled, your Reward Zone program account Membership may continue to exist (separate from your closed, cancelled or terminated Reward Zone program MasterCard account), however different rules may apply.

Best Buy reserves the right to terminate your membership, in its sole discretion.

## Member Communications

You may view your Reward Zone program account activity online at MyRewardZone.com. For information about your Reward Zone program account (but not your MasterCard Account), contact Member Services with your Member ID.

- You can contact us by mail at:

    **Best Buy Reward Zone program**

    **P.O. Box 9312**

    **Minneapolis, MN 55440-9312.**

- By email, contact us at: rewardzone@bestbuy.com.

- By phone, call toll free: 1-888-BEST BUY (1-888-237-8289) and select Reward Zone program option.

You may view your MasterCard Account online at RewardZoneMasterCard.com. For more information about your MasterCard Account (but not your Reward Zone program account), contact HSBC Customer Care at 1-800-419-4959.

## General Program Information

The Reward Zone program is brought to you by Best Buy Stores L.P. ("Best Buy"). By becoming a member of the Reward Zone program, you agree to receive advertising, marketing materials and other communications from Best Buy. BEST BUY, the BEST BUY logo, the tag design, the Reward Zone program and other logos and trophies are the intellectual property of Best Buy Enterprise Services Inc., licensed to Best Buy Stores L.P., and others under controlled conditions. MasterCard is a registered mark of MasterCard International, Incorporated. Membership rules are void where and to the extent prohibited by law. Taxes may apply where required by law.

## Privacy Policy

The information you provide as a Member of the Reward Zone program will be handled according to Best Buy's Privacy Policy. If you are interested in learning more about Best Buy's privacy practices, please contact Best Buy at 1-888-BEST BUY (1-888-237-8289) or visit BestBuy.com. The information you provide as a cardmember of the Reward Zone program MasterCard card will be handled accordingly to HSBC Bank Nevada N.A.'s Privacy Policy. To learn more about HSBC Bank Nevada N.A. privacy practices, please contact HSBC at 1-800-419-4959 or visit www.greventioneemastercard.com and click on the "Privacy Statement Link."

RZMC APP (11/06)

## Apply for the Reward Zone® program MasterCard® right now

Be sure to fill out this form completely, all information is required.

**YOUR PERSONAL INFORMATION** (Please print each letter or number legibly within boxes in blue or black ink.)

Wisconsin residents: Check box if married

Current 10-digit Reward Zone program membership number, if applicable

Home Phone

First Name                              M.I.    Last Name

Current Address (If your mailing address is a P.O. Box, a residential or business address is required to process your application.)

                                        City              State     ZIP                Apt.#

Own   Rent   Board                                                     Initial Sales Account

Date of Birth                   Social Security Number                 Business Phone

E-Mail Address

Include full street and apartment. Example: John@Anderson.com. If you provide an e-mail address, we may use it to contact you regarding your account. We may also use your e-mail to send you information about products and services we might like.

Annual Income*                Check if you have a:    Checking Account    □ □ □    Savings Account

**JOINT APPLICANT** (Please complete for Joint Credit or if you are a married WI resident.)

First Name                              M.I.    Last Name

Date of Birth                   Social Security Number                 Home Phone

Business Phone                                                          Annual Income*    □ □ □

Current Address (If your mailing address is a P.O. Box, a residential or business address is required to process your application.)

                                        City              State     ZIP                Apt.#

* IMPORTANT NOTICE: You are indebted if/unless. You must not disclose money. ALL request to reprocess maintenance income if you do not wish to have it considered as a basis for paying this obligation.

**SIGN HERE**

By completing and signing this Application, you are applying for a credit limit in the highest amount that HOB (Bank Network, N.A. ("we" or "us") deems appropriate, regardless of any initial cash advance, and you are requesting a credit limit increase by any by which will allow you to make purchases and/or obtain cash. All of the information furnished on this Application is, to the best of your knowledge, complete and accurate. You understand you must be at least the legal age of majority in the state where you live and legally to the eligible, and that we will check this Application. We may check your file and information source we choose. You understand that from time to time we may receive credit information containing you from others, such as stores, credit bureaus and reporting agencies. By signing this Application, and if we open an account, you agree to be bound by the terms and conditions of the Cardmember Agreement and Disclosure Statement, including any amendments; and agree to receive the Primary Statement at a later time. In addition you hereby represent. (Based on your understanding, we therefore you will agree to receive the Cardmember Agreement and Disclosure Statement are to be furnished, and the terms and conditions.) This Application is governed by the federal law and the laws of the state of Nevada even if the card is used outside Nevada. You are covered and the terms and conditions of the Gold Reward Zone MasterCard. If approved for the Gold Reward Zone MasterCard, you agree to the terms and conditions. This Application is governed by federal law and the laws of the state of Nevada even if the card is used outside Nevada. You accept and conditions of the Gold Reward Zone MasterCard and Disclosure Statement will be governed by federal law and the laws of the state of Nevada even if the card is used outside Nevada. You accept and Zone® program, and so that Best Buy can inform you about any of its affiliates ("Best Buy") the exchange information about your Account and you, so that you can receive the benefits and services of the Reward Zone® program.

APPLICANT'S
SIGNATURE & DATE    X                    JOINT APPLICANT'S
                                         SIGNATURE & DATE    X

**ACKNOWLEDGEMENT OF DISCLOSURE** [This section must be completed if applicant is approved for the Gold Reward Zone® MasterCard.]

I/we acknowledge I/we have received and read the
Gold Reward Zone® MasterCard® disclosures.

APPLICANTS
SIGNATURE & DATE    X

---

## Account Shield℠ offers you affordable account protection

- Cancels all or part of your account balance in case of property loss, involuntary unemployment, total disability or death**
- Monthly fee decreases as your balance decreases**
- 60-day refund period***

**Subject to contract terms and conditions. Please see Account Shield Summary for more details.

If you enroll in our optional Account Shield program, your monthly credit card balance or a portion of your balance may be cancelled in the case of qualifying Total Disability, Involuntary Unemployment, Property Damage or Loss, or Loss of Life event. For Total Disability, the maximum balance that may be cancelled is $10,000 per month, up to $10,000, and for Involuntary Unemployment, up to $1,000 per month for six months. For Loss of Life or Property Damage or Loss, the maximum balance that may be cancelled is $10,000. To receive a cancellation benefit (for other than Loss of Life or Property Damage or Loss) on your account, you must be employed full-time (but not self-employed, working for a spouse or any other individual living with you on whom you are financially dependent for support and maintenance, or employed on a part-time basis) and working 30 hours or more per week. Help on the date the event occurs. Account Shield is not insurance and is not available in Mississippi, Guam, the Virgin Islands, Puerto Rico and Canada.

**YES**, please enroll me, the primary cardholder, in the optional Account Shield monthly debt cancellation program. I authorize the monthly charge to my account when I have a balance. I have received and read the Account Shield Summary. I understand that my enrollment of my credit card application will not be influenced by whether I choose to enroll, and I am free to cancel at any time.

SIGN HERE TO ENROLL    X                          DATE    (MM/DD/YY)

**NO**, I DO NOT WISH TO ENROLL AT THIS TIME.                   DATE    (MM/DD/YY)

SIGN HERE TO DECLINE    X                          DATE    (MM/DD/YY)

### FOR BEST BUY USE ONLY

MERCHANT #88                              MERCHANT #2

PLEASE INDICATE:    □ DECLINED
                    □ APPROVED GOLD
                    □ APPROVED PLATINUM

ORIG #169 CREDIT LIMIT

APPLICATION #

I.D. VERIFIED BY (EMPLOYEE I.D.):

I.D. #1 Photo ID (Applicant)
Type:

I.D. #
                    Date of Issue:    Exp. Date:
State:

I.D. #2 Credit Card (Applicant)

Type:    □ MC    □ VISA    □ AMEX    □ DISCOVER    □ ALL I.D.

Exp. Date:    /

APPLICATION





Turn everyday purchases into music, movies, electronics and more from Best Buy.™

Apply for the NEW Reward Zone® program MasterCard.®

## Apply.
## Get approved.
## Start earning points. Today.

See a Best Buy Customer Specialist to apply right now. You'll receive a decision almost instantly, and if you're approved, you'll start earning points right away.

| Spend $1,000 ... | | Earn | Get Reward Certificates |
|---|---|---|---|
| BEST BUY | At Best Buy:<br>• Electronics, appliances,<br>DVDs, video games,<br>iPod, Xbox 360, etc. | 4% | 2,000 points = $40 |
| ✈ ¶ | On Travel & Dining<br>(Just through 6/30/07) | 2% | 1,000 points = $20 |
| Everywhere MasterCard<br>is accepted | Everywhere MasterCard<br>is accepted:<br>• Groceries, gas,<br>department stores, etc. | 1% | 500 points = $10 |

MasterCard

BEST BUY

Reward Zone program MasterCard cards are issued by HSBC Bank Nevada, N.A. and are serviced by its affiliate, HSBC Card Services Inc. and/or HSBC Card Services (III) Inc.

## It's all about the rewards—and more.

You'll earn the points they'll get you the rewards, but there's even more. As a Reward Zone® program MasterCard® cardmember, you'll also enjoy:

• No annual fee with qualifying credit
• Worldwide acceptance
• $0 liability on unauthorized purchases
• Much more

## Use the card, earn the points, get the rewards.

## No waiting—start earning points on purchases today.

## BILL OF SALE

This BILL OF SALE (the "Bill of Sale") dated May 1, 2012, is by and among HSBC Finance Corporation, a Delaware corporation, HSBC Retail Services, Inc., a Delaware corporation, HSBC Bank Nevada, N.A., a national banking association, HSBC Card Services Inc., a Delaware corporation, HSBC Receivables Acquisition Company I, a Delaware corporation and HSBC Receivables Funding Inc. II, a Delaware corporation (each, a "Transferring Entity"), in favor of Capital One, National Association, a national banking association ("CONA"), and Capital One Bank (USA), National Association, a national banking association ("COBNA"). Capitalized terms used but not otherwise defined herein shall have the meanings given to such terms in the Agreement (as defined below).

WHEREAS, each of CONA and COBNA is a wholly owned Subsidiary of Capital One Financial Corporation ("Purchaser");

WHEREAS, Purchaser, HSBC Finance Corporation, HSBC USA Inc. and HSBC Technology & Services (USA) Inc. are parties to that certain Purchase and Assumption Agreement, dated as of August 10, 2011 (the "Agreement");

WHEREAS, pursuant to Section 2.1(a) of the Agreement, effective as of the Effective Time, each Seller, as applicable, is to sell, convey, transfer, assign and deliver, or cause one or more of its Subsidiaries to sell, convey, transfer, assign and deliver to Purchaser, and Purchaser is to purchase and accept from each Seller or its applicable Subsidiaries, all of each such Selling Entity's right, title and interest in, to and under the Acquired Assets that are tangible personal property (the "Applicable Acquired Assets");

WHEREAS, pursuant to Section 10.2 of the Agreement, Purchaser may assign its right under the Agreement to acquire any asset to any wholly owned Subsidiary without the prior written consent of any other party to the Agreement and has assigned its right to acquire the Applicable Acquired Assets to CONA or COBNA, as applicable; and

WHEREAS, pursuant to Sections 3.2(c) and 3.3(b) of the Agreement, the parties desire to execute and deliver at the Closing this Bill of Sale to evidence the sale, conveyance, transfer, assignment and delivery of the Applicable Acquired Assets owned by the Transferring Entities to Purchaser and/or its wholly owned Subsidiaries as of the Closing Date.

NOW, THEREFORE, in consideration of the payment by Purchaser and/or its wholly owned Subsidiaries of the Purchase Price and the assumption by Purchaser and/or its wholly owned Subsidiaries of the Assumed Liabilities for the sale, conveyance, transfer, assignment and delivery of the Acquired Assets owned by the Selling Entities, and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, each Transferring Entity, intending to be legally bound, does hereby sell, convey, transfer, assign and deliver to CONA and COBNA, and their successors and assigns, in accordance with the allocations set forth on Annex A hereto, all of such Transferring Entity's right, title and interest in, to and under the Applicable Acquired Assets owned by it free and clear of all Liens (except for Permitted Liens); TO HAVE AND TO HOLD unto CONA and COBNA (in accordance with the allocations set forth on Annex A hereto), their successors and assigns, as applicable, to their own use and benefit forever, all of the Applicable Acquired Assets hereby sold, assigned, transferred, conveyed and delivered as of the Closing.

### THE PARTIES FURTHER COVENANT AND AGREE AS FOLLOWS:

a.    From time to time each Transferring Entity and its successors and assigns shall, and shall cause its Subsidiaries to, without further consideration, cooperate, execute and deliver all such further bills of sale, assignments or other instruments of conveyance and transfer, and take such actions, all as may be reasonably requested by CONA and COBNA, and their successors or assigns, in order to carry out the sale, assignment, conveyance, transfer and delivery of the Applicable Acquired Assets covered by this Bill of Sale as contemplated in this Bill of Sale and the Agreement.

b.    This Bill of Sale shall become effective as of the Effective Time at the Closing pursuant to the terms of the Agreement. Nothing in this Bill of Sale shall be deemed to constitute an agreement to sell, convey, transfer, assign or deliver to Purchaser or its Subsidiaries any Applicable Acquired Asset (or portion thereof) prior to the Effective Time.

c.    This Bill of Sale is given pursuant to the provisions of the Agreement and the sale, conveyance, transfer, assignment, and delivery of the Applicable Acquired Assets hereunder are made subject to the terms and conditions of the Agreement and shall be construed consistently therewith. Nothing in this Bill of Sale, express or implied, is intended to or shall be construed to supersede, modify, replace, amend, rescind, waive, expand or limit in any way the rights of the parties under, and the terms of, the Agreement. In the event that any provision of this Bill of Sale is construed to conflict with a provision in the Agreement, the parties agree that the provision in the Agreement shall be controlling.

d.    The following Sections of the Agreement are incorporated into this Bill of Sale by reference, to be applied and construed consistently with the application of such Sections in the Agreement as if such Sections were set forth herein: Sections 10.1, 10.2, 10.3, 10.4, 10.5, 10.6, 10.7, 10.10 and 10.13.

*[Signatures Appear on the Following Page]*

IN WITNESS WHEREOF, the parties have executed this Bill of Sale as of the date first written above.

[signature pages have been distributed separately]

HSBC FINANCE CORPORATION

By: _____
Name: Gregory T. Zeeman
Title:    Executive Vice President and
Chief Operating Officer, USA

HSBC RETAIL SERVICES INC.

By: _____
Name: Mike Reeves
Title:  Executive Vice President, Chief Financial
Officer and Treasurer

HSBC BANK NEVADA, N.A.

By: _____
Name: Mike Reeves
Title:  Executive Vice President, Chief Financial
Officer and Treasurer

[Signature Page to Bill of Sale]

[Signature Page to Bill of Sale]

HSBC CARD SERVICES INC.

By: _____
Name: Mike Reeves
Title:  Executive Vice President, Chief Financial
Officer and Treasurer

HSBC RECEIVABLES ACQUISITION COMPANY I

By: _____
Name: Mike Reeves
Title:  Executive Vice President, Chief Financial
Officer and Treasurer

[Signature Page to Bill of Sale]

[Signature Page to Bill of Sale]

HSBC RECEIVABLES FUNDING INC. II

By: _____
Name: Mike Reeves
Title:  Executive Vice President, Chief Financial
         Officer and Treasurer

CAPITAL ONE NATIONAL ASSOCIATION

By: _____
Name:  Murray P. Abrams
Title:   Executive Vice President,
          Corporate Development

*[Signature Page to Bill of Sale]*

*[Signature Page to Bill of Sale]*

CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION

By: _____
Name:  Murray P. Abrams
Title:   Executive Vice President,
          Corporate Development

## Annex A

### Allocations

1.    The following Applicable Acquired Assets are hereby assigned to COBNA but only to the extent such Applicable Acquired Assets relate to the products set forth on Schedule A hereto (provided that any such Applicable Acquired Asset that is not fully separable between COBNA and CONA based on the products set forth on Schedule A shall not be assigned to COBNA and is instead hereby assigned to CONA in accordance with paragraph (2) below):

*Acquired Assets*

i.    All CRS Accounts and all Gross Receivables and Accrued Interest and Fees related to the CRS Accounts, and all Charged Off Accounts and the right to any recoveries or collections with respect thereto;

ii.    All CRS Account Agreements, pending applications for CRS Accounts and outstanding solicitations for CRS Accounts;

iii.    All loans associated with CRS Accounts (other than the Excluded Accounts);

iv.    The right to receive Interchange Fees and annual or other fees from Borrowers under the CRS Accounts, including the *pro rata* portion of any annual or other fees from Borrowers under the CRS Accounts for any period after the Effective Time;

v.    The *pro rata* portion of any fees paid in connection with the CRS Business for any period after the Effective Time;

vi.    the Books and Records and Cardholder List;

vii.    All BINs and ICAs used for the CRS Accounts;

viii.    Any security deposits related to Acquired Assets (if any);

ix.    Rights to provide the Enhancement Services and the right to provide enhancement services currently offered by the Sellers in connection with the CRS Business through third parties or Affiliates of Sellers that are not Selling Entities; and

x.    The Other Specified Assets that are: (1) loans without recourse, (2) contra credit balances, (3) other miscellaneous receivables and (4) unbilled and accrued interest less the *pro rata* portion of annual or other fees.

2.    All of the Applicable Acquired Assets other than (i) the Transferred Intellectual Property and (ii) the Applicable Acquired Assets that are transferred to COBNA pursuant to paragraph (1) above are hereby transferred to CONA.

*[Signature Page to Bill of Sale]*

Schedule A

Products

1. American DreamCard
2. Cash Rewards
3. Client 5221
4. DAMARK (containing the Damark Visa logo but not the Damark Internat'l – Inactive logo)
5. Direct Merchants Bank Discover Network Card
6. Direct Reward Platinum Discover Network Card (Organic & Secondary)
7. Direct Rewards Platinum MasterCard
8. DMB
9. Household Bank
10. Household Bank - unsecured
11. Household Bank MasterCard (containing the HSBC MasterCard logo but not the Household Bank MasterCard logo)
12. Household Bank Refund Rewards Buying Card
13. Household Bank Secured
14. Household Bank Visa
15. HSBC
16. HSBC American Express
17. HSBC Discover Network Card
18. HSBC Platinum MasterCard
19. HSBC Platinum Visa
20. Metris Co
21. Orchard Bank Standard Secured
22. Orchard Bank Unsecured
23. Platinum MasterCard - Unbranded
24. Platinum Visa - Unbranded
25. Premier World MasterCard
26. Red Hat Society